UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | No. 2:24-cv-1427 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On September 26, 2024, plaintiff's complaint was dismissed with leave to amend.  In that order, plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed.  The amended complaint was due on October 28, 2024, and plaintiff has not filed an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: 11/08/24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] sanc1427.fta

2