UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | No. 2:24-cv-01427-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

　　　　Plaintiff Mario Sanchez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 26, 2024, the assigned magistrate judge dismissed plaintiff's complaint and granted plaintiff leave to file a first amended complaint within thirty (30) days from the date of service of that order. (Doc. No. 6.) Plaintiff did not file a first amended complaint and to date still has not done so. Accordingly, on November 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 9.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto

/////

1

were to be filed within fourteen (14) days after service. (*Id.* at 1–2.) To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 8, 2024 (Doc. No. 9) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2